

# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-15-00186-CV

In the Interest of W.J.B. & J.B., Children

Appealed from the 311th District Court of Harris County. (Tr. Ct. No. 2009-23300). Opinion delivered by Justice Donovan. Justices Boyce and McCally also participating.

**TO THE 311TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on July 21, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from an order signed January 28, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the order. The order of the court below is **AFFIRMED**.

We further order this decision certified below for observance.

We further order that mandate be issued immediately.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, July 31, 2015.

**CHRISTOPHER A. PRINE, CLERK**